**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONNELL L. BAKER,**

-vs-                                                          Case No. 6:12-cv-1645-Orl-19TBS

**SY'S SUPERMARKET, INC., SY TRABULSY,**

           **Defendants.**
_____

## ORDER

This case is before the Court on the parties' Renewed Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (Doc. No. 43) filed January 21, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 23, 2014 (Doc. No. 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Renewed Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (Doc. 43) is **GRANTED**.

3. The parties' Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (Doc. 39) is **DENIED as moot**.

4. The parties' revised Settlement Agreement (Doc. 43-1) is **APPROVED**.

5. This action is dismissed with prejudice.

6. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11th day of February, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record